IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POOL PUNISHER, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 22-cv-5947<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Young B. Kim** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE DEFENDANTS**

Plaintiff, by and through its undersigned counsel, hereby moves for leave to substitute the newly identified True Joybuy Defendants (defined below) in place of the Original Joybuy Defendants (defined below). For the reasons set forth herein below, Plaintiff respectfully urges that the Court should grant this Motion.

This Court granted Plaintiff's Motion for Entry of Preliminary Injunction (ECF 23) on December 2, 2022. The Preliminary Injunction (ECF 29) (the "Order") specifically omitted Joybuy Defendants (Doe Nos. 345-347, 755, and 758) (the "Original Joybuy Defendants"). The Original Joybuy Defendants were omitted from Plaintiff's Motion for Preliminary Injunction because, at the time the Complaint was filed, Plaintiff had named the Original Joybuy Defendants believing them to be the proper defendants.

Plaintiff only later found out (through the discovery provided by Joybuy) that: (1) Joybuy operates as its own platform akin to Amazon, eBay, Wish, or the very Walmart e-commerce platform (where the Joybuy listings discussed here appear); and (2) Joybuy itself (owner and operator of the stores listed as Doe Nos. 345-347, 755, and 758) was not the proper defendant, but

that the proper defendants were actually the individuals and/or entities (the "True Joybuy Defendants") identified by Joybuy after Joybuy's receipt of the TRO (ECF 18).

A breakdown of the correlation between each of the 40 rows (1 for each product listing) of the five Original Joybuy Defendants and the 40 rows for the thirty-five True Joybuy Defendants is attached as Exhibit 1. Plaintiff further notes that: (1) substitution of the Defendants will not require any additional substantive amendments to the operative Complaint; and (2) that the evidence of infringement previously attached to the Declaration of George Kramb (ECF 9-3 to 9-40) for the Original Joybuy Defendants is the same for the True Joybuy Defendants.

Therefore, for the reasons stated above, Plaintiff respectfully requests that the Court grant its Motion and allow Plaintiff to substitute the True Joybuy Defendants in place of the Original Joybuy Defendants.

Date: March 14, 2023

Respectfully submitted,

/s/Brandon Beymer
BRANDON BEYMER (ARDC NO. 6332454)
DALIAH SAPER (ARDC NO. 6283932)
SAPER LAW OFFICES, LLC
505 N. LASALLE, SUITE 60654
CHICAGO, ILLINOIS 60654
(312) 527-4100
BRANDON@SAPERLAW.COM
DS@SAPERLAW.COM

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2023, I electronically filed the foregoing with the Court using the CM/ECF system and I will serve Defendants with this Motion and Memorandum through email and electronic publication.

/s/ Brandon Beymer
Brandon Beymer
