# Exhibit 1

| Original Schedule A | | | | | | New Schedule A | | | |
|---|---|---|---|---|---|---|---|---|---|
| Doe # | Marketplace | Merchant Name | Merchant ID | Product ID | Copyright Usage | Doe # | Marketplace | Merchant Name | Merchant ID |
| 346 | Walmart | Joybuy | 18988 | 656563024 | PLP-010,PLP-013,PLP-Video-2 | 376 | Joybuy | Shenzhen Bulangwei Internte Technology Ltd. | 7231 |
| 346 | Walmart | Joybuy | 18988 | 254347152 | PLP-013,PLP-020,PLP-Video-2 | 377 | Joybuy | Shenzhen Kaikaihui Supply Chain Technology Ltd | 8198 |
| 346 | Walmart | Joybuy | 18988 | 461382002 | PLP-010,PLP-013,PLP-020,PLP-Video-2 | 378 | Joybuy | Shenzhen Jiqiao Internet Technology Ltd. | 8285 |
| 346 | Walmart | Joybuy | 18988 | 594736412 | PLP-020,PLP-Video-2 | 379 | Joybuy | Shenzhen Aerke Technology Ltd. | 9045 |
| 346 | Walmart | Joybuy | 18988 | 1956612476 | PLP-013,PLP-020,PLP-Video-2 | 380 | Joybuy | Shanghai Quejue Internet Technology Ltd. | 9236 |
| 346 | Walmart | Joybuy | 18988 | 1819138677 | PLP-013,PLP-Video-2 | 380 | Joybuy | Shanghai Quejue Internet Technology Ltd. | 9236 |
| 346 | Walmart | Joybuy | 18988 | 960040417 | PLP-020,PLP-Video-2 | 381 | Joybuy | Shaoyang Qingyu Mihua Technology Ltd. | 9260 |
| 346 | Walmart | Joybuy | 18988 | 1752524820 | PLP-013,PLP-020,PLP-Video-2 | 382 | Joybuy | Dalian Chunhui Dadi Internet Technology Ltd. | 9611 |
| 346 | Walmart | Joybuy | 18988 | 1500104428 | PLP-013,PLP-020,PLP-Video-2 | 382 | Joybuy | Dalian Chunhui Dadi Internet Technology Ltd. | 9611 |
| 346 | Walmart | Joybuy | 18988 | 1500580413 | PLP-020,PLP-Video-2 | 383 | Joybuy | Shenzhen Youshi Technology Ltd. | 10512 |
| 346 | Walmart | Joybuy | 18988 | 837957571 | PLP-Video-2 | 384 | Joybuy | Shenzhen Fengkeyuan Packing Materials Ltd. | 10527 |
| 346 | Walmart | Joybuy | 18988 | 1020211143 | PLP-013,PLP-Video-2 | 385 | Joybuy | Shanghai Lengyan Commerce and Trading Ltd. | 10953 |
| 346 | Walmart | Joybuy | 18988 | 1651546540 | PLP-013,PLP-020,PLP-Video-2 | 386 | Joybuy | Shanghai Wenxue Metal Products Ltd. | 10970 |
| 346 | Walmart | Joybuy | 18988 | 1012397808 | PLP-020,PLP-Video-2 | 387 | Joybuy | Changsha Yiyong Commerce and Trading Ltd. | 11557 |
| 346 | Walmart | Joybuy | 18988 | 1605777362 | PLP-020,PLP-Video-2 | 388 | Joybuy | Shenzhen Huachuan Hardware Products Ltd. | 11670 |
| 346 | Walmart | Joybuy | 18988 | 1149836263 | PLP-020,PLP-Video-2 | 389 | Joybuy | Xingtai Minghe Commerce and Trading Ltd. | 11804 |
| 347 | Walmart | Joybuy America | 101001636 | 981411403 | PLP-013,PLP-020,PLP-Video-2 | 390 | Joybuy America | Shenzhen Jujie Sichuang Foreign Trading Ltd. | 9838 |
| 347 | Walmart | Joybuy America | 101001636 | 1292148942 | PLP-020,PLP-Video-2 | 391 | Joybuy America | Shenzhen Xinlong Yida E-Commerce Ltd. | 12311 |
| 347 | Walmart | Joybuy America | 101001636 | 1466191123 | PLP-020,PLP-Video-2 | 392 | Joybuy America | Shenzhen Mingwen Qingyun Sorting Ltd. | 12323 |
| 347 | Walmart | Joybuy America | 101001636 | 1801806961 | PLP-013,PLP-Video-2 | 393 | Joybuy America | Dongguan Dajunbao E-Commerce Ltd. | 13273 |
| 347 | Walmart | Joybuy America | 101001636 | 1677028090 | PLP-013,PLP-020,PLP-Video-2 | 394 | Joybuy America | Dongguan Jiejiajin E-Commerce Ltd. | 13278 |
| 347 | Walmart | Joybuy America | 101001636 | 1919596683 | PLP-013,PLP-020,PLP-Video-2 | 395 | Joybuy America | Dongguan Lichenji Internet Technology Ltd. | 13279 |
| 345 | Walmart | Joybuy Express | 16214 | 785660222 | PLP-013,PLP-020,PLP-Video-2 | 396 | Joybuy Express | Shenzhen Jiangjunfu E-Commerce Ltd. | 8746 |
| 345 | Walmart | Joybuy Express | 16214 | 877796602 | PLP-013,PLP-020,PLP-Video-2 | 397 | Joybuy Express | Shenzhen Hengbaixin E-Commerce Ltd. | 8748 |
| 345 | Walmart | Joybuy Express | 16214 | 796544235 | PLP-010,PLP-013,PLP-020,PLP-Video-2 | 398 | Joybuy Express | Qingyang Haidi E-Commerce Ltd. | 9060 |
| 345 | Walmart | Joybuy Express | 16214 | 1343418561 | PLP-013,PLP-020,PLP-Video-2 | 399 | Joybuy Express | Shanghai Zhongjie Internet Technology Ltd. | 9086 |
| 345 | Walmart | Joybuy Express | 16214 | 1891804507 | PLP-013,PLP-020,PLP-Video-2 | 400 | Joybuy Express | Shanghai Chaoying Internet Technology Ltd. | 9087 |
| 345 | Walmart | Joybuy Express | 16214 | 1224165500 | PLP-013,PLP-020,PLP-Video-2 | 401 | Joybuy Express | Shanghai Yingyue Information Technology Ltd. | 9107 |
| 345 | Walmart | Joybuy Express | 16214 | 757524795 | PLP-013,PLP-020,PLP-Video-2 | 402 | Joybuy Express | Shenzhen Shengqingyuan E-Commerce Ltd. | 9148 |
| 358 | Walmart | Joybuy Fashion | 101118004 | 1921811773 | PLP-020,PLP-Video-2 | 403 | Joybuy Fashion | Quanheng Zhaoming (Shenzhen) Ltd. | 12163 |
| 358 | Walmart | Joybuy Fashion | 101118004 | 1150432838 | PLP-020,PLP-Video-2 | 403 | Joybuy Fashion | Quanheng Zhaoming (Shenzhen) Ltd. | 12163 |
| 358 | Walmart | Joybuy Fashion | 101118004 | 346193977 | PLP-020,PLP-Video-2 | 404 | Joybuy Fashion | Hongchun (Shenzhen) Clothing Ltd. | 12165 |
| 196 | Walmart | Joybuy Fashion | 101118004 | 1976328719 | PLP-020,PLP-Video-2 | 405 | Joybuy Fashion | Shenzhen Junmao Textile Ltd. | 12196 |
| 358 | Walmart | Joybuy Fashion | 101118004 | 1649827179 | PLP-020,PLP-Video-2 | 406 | Joybuy Fashion | Shenzhen Kunxin Glass Technology Ltd. | 12236 |
| 358 | Walmart | Joybuy Fashion | 101118004 | 411112229 | PLP-013,PLP-Video-2 | 407 | Joybuy Fashion | Jiujiang Langsheng E-Commerce Ltd. | 12969 |
| 355 | Walmart | Joybuy Selection | 101087374 | 1534234504 | PLP-013,PLP-Video-2 | 408 | Joybuy Selection | Shenzhen Lebu Sishu Trading Ltd. | 12833 |
| 355 | Walmart | Joybuy Selection | 101087374 | 1183569211 | PLP-013,PLP-Video-2 | 409 | Joybuy Selection | Dongguan Meihujing Internet Technology Ltd. | 13280 |
| 355 | Walmart | Joybuy Selection | 101087374 | 1698909357 | PLP-013,PLP-020,PLP-Video-2 | 409 | Joybuy Selection | Dongguan Meihujing Internet Technology Ltd. | 13280 |
| 355 | Walmart | Joybuy Selection | 101087374 | 1198887618 | PLP-013,PLP-Video-2 | 409 | Joybuy Selection | Dongguan Meihujing Internet Technology Ltd. | 13280 |
| 355 | Walmart | Joybuy Selection | 101087374 | 1486931496 | PLP-013,PLP-020,PLP-Video-2 | 410 | Joybuy Selection | Dongguan Fengxuexun Internet Technology Ltd. | 13463 |